Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATT KAM, on behalf of himself, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUST FINANCIAL, LLC, a Wyoming limited liability company, and WILKERSON & BREMER LAW GROUP, LLC, a Wyoming limited liability company.<br><br>    Defendants. | Case No: 4:18-cv-00421-DCN<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

   PLEASE TAKE NOTICE that the above-named Plaintiff, Matt Kam, hereby accepts the Offer of Judgment made by Defendants Trust Financial, LLC and Wilkerson & Bremer Law Group, LLC, served on February 14 2019, to allow judgment to be taken against Defendants on all claims in the complaint in this matter against for the sum of Three Thousand One Dollars [$3,001], exclusive of costs and reasonable attorney fees, and request that the Clerk enter judgment accordingly. A true copy of the Rule 68 Offer of Judgment is attached as an exhibit.

   DATED: February 19, 2019

                                             /s/ Ryan A. Ballard
                                             Ryan A. Ballard

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th of February, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

jwharris@bakerharrislaw.com

/s/ Ryan A. Ballard
Ryan A. Ballard
