UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATT KAM, on behalf of himself, and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TRUST FINANCIAL, LLC, a Wyoming limited liability company and WILKERSON & BREMER LAW GROUP, LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No. 4:18-cv-00421-DCN<br><br>**JUDGMENT** |

The Court has considered Defendants' Offer of Judgment and Plaintiff's acceptance and, good cause appearing,

IT IS HEREBY ORDERED that in accordance with Defendants' Offer of Judgment made pursuant to Federal Rule of Civil Procedure 68, judgment is entered in favor of Plaintiff Matt Kam, as an individual, and against Defendants Trust Financial, LLC and Wilkerson & Bremer Law Group, LLC, in the amount of $3,001.00.

IT IS FURTHER ORDERED that Plaintiff is entitled to reasonable attorney's fees and litigation costs pursuant to 15 USC Sec. 1692k(a)(3), in an amount to be determined by the Court. The Court reserves jurisdiction to determine attorney's fees and costs and to enforce the terms of this judgment. The Plaintiff has 14 days from the date of this Judgment to file supporting documentation for costs and fees. Defendants shall then have 7 days in

JUDGMENT - 1

which to file any objections to Plaintiff's request.  Plaintiff will then have 7 days to reply.

If Defendants do not object, Plaintiff need not file a reply.

DATED: February 25, 2019

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 2